AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### District of South Carolina

| | | |
|---|---|---|
| Victor Eugene Mason | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    4:14-cv-3864-DCN |
| Christopher Zych, Warden USP-Lee | ) | |
| *Defendant* | ) | |

### JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),

which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with

costs.

❑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)* _____.

■    other: This case is dismissed without prejudice and without issuance and service of process**.** A certificate of

appealability is denied.


This action was *(check one)*:

❑ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❑ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, United States District Judge. The court adopts the Report and
Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.


Date:   February 20, 2015                     *CLERK OF COURT*

                                             s/Debbie Stokes
                                             _____
                                             *Signature of Clerk or Deputy Clerk*